Unexpected Death of a Patient During Treatment with Multiple Medications, Tomah VAMC, Tomah, WI

Appendix A

## Table 1. Medications Administered August 28–30, 2014

| Date | Time[23] | Drug | Dose | PRN (Y)es (N)o | PRN Reason |
|---|---|---|---|---|---|
| August 28 | | | | | |
| | 4:41 | Quetiapine | 50mg | Y | Anxiety |
| | 7:39 | Diazepam | 20mg | N | |
| | 7:39 | Omeprazole | 20mg | N | |
| | 7:39 | Atomoxetine | 80mg | N | |
| | 7:39 | Duloxetine | 60mg | N | |
| | 7:40 | Hydroxyzine | 50mg | Y | Anxiety |
| | 7:40 | Tramadol | 50mg | Y | Pain Level #6 |
| | 7:44 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 11:36 | Diazepam | 20mg | N | |
| | 11:36 | Cholecalciferol | 1000Unit | N | |
| | 11:37 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 11:39 | Quetiapine | 50mg | Y | Agitation |
| | 11:39 | Tramadol | 50mg | Y | Pain Level #6 |
| | 17:16 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 17:16 | Quetiapine | 50mg | Y | Agitation |
| | 19:58 | Duloxetine | 30mg | N | |
| | 19:59 | Diphenhydramine | 50mg | Y | Insomnia |
| | 19:59 | Tramadol | 50mg | Y | Pain Level #6 |
| | 19:59 | Quetiapine | 100mg | Y | Insomnia |
| | 19:59 | Temazepam | 30mg | N | |
| | 19:59 | Diazepam | 20mg | N | |
| August 29 | | | | | |
| | 2:19 | Tramadol | 50mg | Y | Pain Level #6 |
| | 2:19 | Quetiapine | 50mg | Y | Anxiety |
| | 7:06 | Omeprazole | 20mg | N | |
| | 7:06 | Diazepam | 20mg | N | |
| | 7:08 | Tramadol | 50mg | Y | Pain Level #6 |
| | 7:09 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 9:03 | Duloxetine | 60mg | N | |

[23] For this table, times are shown in military time (or the 24-hour clock).

EXHIBIT 1

Unexpected Death of a Patient During Treatment with Multiple Medications, Tomah VAMC, Tomah, WI

Appendix A

| Date | Time | Drug | Dose | PRN (Y)es (N)o | PRN Reason |
|---|---|---|---|---|---|
| August 29 Cont'd | | | | | |
| | 9:50 | Suboxone | 8mg/2mg | N | |
| | 9:52 | Atomoxetine | 40mg | N | |
| | 12:25 | Cholecalciferol | 1000Unit | N | |
| | 12:25 | Diazepam | 20mg | N | |
| | 12:27 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 12:29 | Tramadol | 50mg | Y | Pain Level #6 |
| | 12:30 | Hydroxyzine | 50mg | Y | Anxiety |
| | 18:51 | Nicotine Resin | 2mg | Y | Withdrawals |
| | 18:55 | Hydroxyzine | 50mg | Y | Anxiety |
| | 18:56 | Quetiapine | 50mg | Y | Agitation |
| | 20:32 | Diazepam | 20mg | N | |
| | 20:34 | Duloxetine | 30mg | N | |
| | 20:36 | Temazepam | 30mg | N | |
| | 20:36 | Suboxone | 8mg/2mg | N | |
| | 20:41 | Tramadol | 50mg | Y | Pain Level #6 |
| | 20:41 | Quetiapine | 100mg | Y | Agitation |
| | 22:20 | TB Skin Test | 0.1 ml (5TU) | N | |
| August 30 | | | | | |
| | 0:56 | Diphenhydramine | 50mg | Y | Insomnia |
| | 0:56 | Quetiapine | 50mg | Y | Agitation |
| | 0:57 | Nicotine Resin | 2mg | Y | Withdrawal |
| | 0:58 | Tramadol | 50mg | Y | Pain Level #7 |
| | 7:35 | Diazepam | 20mg | N | |
| | 7:36 | Duloxetine | 60mg | N | |
| | 7:36 | Omeprazole | 20mg | N | |
| | 7:38 | Tramadol | 50mg | Y | Headache |
| | 8:09 | Suboxone | 8mg/2mg | N | |
| | 8:59 | Fioricet | 1 Tablet | N | |

*Source: OIG Analysis of VHA Data*