UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HEATHER SIMCAKOSKI,
PERSONALLY AND AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JASON SIMCAKOSKI, and
ANAYA SIMCAKOSKI,

        Plaintiffs,

v.                          Case No.: 16-cv-591

UNITED STATES OF AMERICA,

        Defendant.

---

## ORDER

---

Pursuant to the Parties Joint Motion to Vacate the Preliminary Pretrial Conference Order (ECF Nos. 17 and 26), and for good cause shown, the scheduling order in this case is hereby vacated. The Court ORDERS that all deadlines set forth in the Pretrial Scheduling Order (including the June 18, 2018 trial) be vacated and the case stayed for a period of ninety (90) days. At the conclusion of this ninety day time period, the Parties shall advise the Court by letter of the status of the settlement approval process.

IT IS SO ORDERED.

Dated at Madison, Wisconsin this 25TH day of September, 2017.

Honorable James D. Peterson
United States District Judge