UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

HEATHER SIMCAKOSKI,
Personally and as Special Administrator of
the Estate of JASON SIMCAKOSKI, and
ANAYA SIMCAKOSKI,

        Plaintiffs,

v.                               Case No.: 16-cv-591

UNITED STATES OF AMERICA,

        Defendant.

---

## STIPULATION AND ORDER FOR DISMISSAL

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above-captioned matter may be dismissed on its merits, with prejudice, and without further costs to any party.

                                                CLIFFORD & RAIHALA, S.C.

January 23, 2018                       By: _____
Date                                               Terrence M. Polich
                                                        State Bar No.: 1031375
                                                        Attorneys for Plaintiffs

GREGORY J. HAANSTAD
United States Attorney

1-23-18      By: _____
Date

CHRIS R. LARSEN
Special Assistant United States Attorney
Wisconsin Bar No. 1005336
United States Attorney's Office
Eastern District of Wisconsin

### ORDER

Based upon the foregoing stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that the above-captioned matter may be and hereby is dismissed on the merits, with prejudice, and without costs to any party.

Dated this 24TH day of JANUARY, 2018.

_____
James D. Peterson
United States District Judge

2